IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                      CASE NO. 4:09CR00099-02 BSM

RANDEEP MANN                                                       DEFENDANT

## ORDER

Pursuant to *United States v. Randeep Mann*, No. 11-1500, at pg. 55 (8th Cir. 2012), defendant Randeep Mann's conviction on count 5 of the second superseding indictment [Doc. No. 63] is vacated and today he was resentenced on counts 1, 2, 3, and 6. An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 1st day of May 2013.

_____
UNITED STATES DISTRICT JUDGE